UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

JUDD H. WEBSTER,

    Defendant.

CASE NO. CR05-222C

ORDER

    This matter comes before the Court on Defendant Judd Webster's Motion to Substitute Counsel (Dkt. No. 44). The Court hereby GRANTS Defendant's Motion. Lee Covell shall be allowed to substitute as counsel in the above-referenced cause of action. Paula Deutsch is granted leave to withdraw.

    SO ORDERED this __15th__ day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

ORDER – 1